DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

GERALD BEOUGHER,

Appellant,

v.

MARK C. HEALY and REGENERATIVE MEDICINE
INTERNATIONAL, LLC,

Appellees.

Nos. 2D2024-2021, 2D2025-2832
Consolidated

———————————————

February 4, 2026

Appeal from the Circuit Court for Pinellas County; Amy M. Williams,
Judge.

Nathan A. Carney of Carney Law Firm, P.A., Tampa, for Appellant.

Jake C. Blanchard of Blanchard Law, P.A., Pinellas Park, for Appellee
Mark C. Healy.

No appearance for remaining Appellee.

PER CURIAM.

     Affirmed.

SILBERMAN, BLACK, and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.